UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6088

RAYMOND FREDERICK GILLEY,

Plaintiff - Appellant,

versus

B. J. BARNES, Sheriff; B. WOODLIFT, Admin-
istrator, Prison Health Services; KENNETH
WATKINS, Lieutenant; WARRON MCLENDON, Ser-
geant; CHARLES SMITH, Captain,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. James A. Beaty, Jr.,
District Judge. (CA-96-702-2)

Submitted: April 29, 1998          Decided: May 18, 1998

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond Frederick Gilley, Appellant Pro Se.  Susan Moore Lewis,
COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina; Pamela Ann
Robertson, ELROD, LAWING & SHARPLESS, P.A., Greensboro, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gilley v. Barnes</u>, No. CA-96-702-2 (M.D.N.C. Jan. 9, 1998).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>